# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

BEN FABRIKANT, individually and on behalf of all other similarly situated,

Plaintiff,

vs.

MARKETING LABS LLC d/b/a Midweekpay.com, a Wyoming business entity, and JOHN DOE 1, an unknown business entity,

Defendants.

No. 4:21-cv-03307-CRZ

**NOTICE OF RESOLUTION**

**CLASS ACTION**

Plaintiff Ben Fabrikant ("Plaintiff"), for himself and on behalf of Defendant Marketing Labs LLC ("Defendant," and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby informs the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: February 21, 2022

Respectfully submitted,

By: /s/ Mark L. Javitch

Mark L. Javitch
JAVITCH LAW OFFICE
480 S. Ellsworth Avenue
San Mateo, California 94401
Telephone: (650) 781-8000
Fax: (650) 648-0705
mark@javitchlawoffice.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed and served on all counsel of record in the above-captioned matter on February 21, 2022 via the Court's CM/ECF filing service.

/s/ Mark L. Javitch

Mark L. Javitch