IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN FABRIKANT, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>MARKETING LABS LLC, a Wyoming business entity; and JOHN DOE 1, an unknown business entity;<br><br>Defendants. | **4:21CV3307**<br><br>**ORDER** |

The parties have notified the court that the above-captioned matter is settled, and they jointly move to stay all pending deadlines. (Filing No. 12).

Accordingly,

IT IS ORDERED that:

(1) Within sixty (60) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

(3) All pending deadlines and hearings, including Defendant's deadline for filing a responsive pleading, are stayed pending further order of the court.

Dated this 22nd day of February, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge