Mark L. Javitch (CA SBN 323729)
JAVITCH LAW OFFICE
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN FABRIKANT, individually,<br><br>                    Plaintiff,<br><br>v.<br><br>MARKETING LABS LLC, et. al.,<br><br>                    Defendants. | Case No.:  4:21-cv-03307-CRZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BEN FABRIKANT, hereby voluntarily dismisses this entire action, with prejudice, with each side bearing its own costs and attorney's fees.  No opposing party has served an answer or a motion for summary judgment.

Dated: April 25, 2022            Respectfully submitted,

                                 By: /s/ Mark L. Javitch
                                     Mark L. Javitch (California SBN 323729)
                                     JAVITCH LAW OFFICE
                                     480 S. Ellsworth Ave

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

San Mateo CA 94401
Tel: (650) 781-8000
Fax: (650) 648-0705

Attorney for Plaintiff